APR - 3 2013

United States Court of Appeals
District of Columbia Circuit

# ROGANLAWFIRM, PLLC
## ATTORNEY AND COUNSELOR AT LAW

CHRISTOPHER L. ROGAN, ESQ.
CROGAN@ROGANFIRM.COM

30-D CATOCTIN CIRCLE, SE
LEESBURG, VA 20175
(703) 771-9191
(703) 771-9797 (FAX)
www.RoganFirm.com

ADMITTED IN
VIRGINIA
MARYLAND
DISTRICT OF COLUMBIA

April 1, 2013

Amy Yacisin, Deputy Clerk
US Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: 13-7031 Cameron Jefferson v. American Home Mortgage, et al

Dear Ms. Yacisin:

Confirming our telephone conversation last week and in response to your letter of February 28, 2013, please be advised that I will not be representing any of the parties in the above-referenced appeal. Accordingly, I will not be filing an application for admission at this time.

Please note further that the parties, Sharam Bagheri and Sheila Bagheri will be proceeding at this point *pro se*. Their address is

Sharam Bagheri
Sheila Bagheri
8521 Brickyard Road
Potomac, MD 20854-4834

Thank you very much. If you have any questions or need any further information, please let me know.

Very truly yours,

ROGANLAWFIRM, PLLC

Christopher L. Rogan

Encls.