**IN THE UNTIED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CAMERON JEFFERSON,<br><br>    Appellant,<br><br>    v.<br><br>AMERICAN HOME MORTAGE SERVICING, INC.<br><br>    et al.,<br><br>    Appellees | Case No. 13-7031<br>September Term 2012<br>On Appeal From: 1:12-cv.00911 (BAH) |

## APPELLEE WASHINGTON HARBOUR CONDOMINIUM ASSOCIATION MOTION FOR SUMMARY AFFIRMANCE

Appellee, Washington Harbour Condominium Association, by and through the undersigned counsel, Whiteford, Taylor & Preston, LLP, hereby joins in and incorporates by reference the arguments made in the Motion for Summary Affirmance filed by Appellee Pennye Sue Latimer.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**


*/s/ Thomas C. Mugavero*
Thomas C. Mugavero, Esq.
D.C. Bar No. 431512
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia  22042
(703) 280-9273
(703) 280-8948 (facsimile)
*Attorney for Appellant, Washington Harbour*
*Condominium Association*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2013 a copy of the foregoing

was served electronically on all counsel by the CM/ECF system:

Robert C. Gill
Saul Ewing, LLP
1919 Pennsylvania Avenue, N.W.
Suite 550
Washington, D.C.  20006

Jason McElroy
1300 Nineteenth Street, NW
Fifth Floor
Washington, D.C.  20036

and served by mail, first-class postage pre-paid, on:

Cameron Jefferson
11509 Brigit Court
Bowie, Maryland  20720


*/s/ Thomas C. Mugavero*
Thomas C. Mugavero, Esq.